JANUARY 24, 1957.

No. 373. LESTER *v.* UNITED STATES ET AL. Certiorari, 352 U. S. 889, to the United States Court of Appeals for the Second Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. On the stipulation were *Edward J. Behrens* for petitioner, and *Solicitor General Rankin* for the United States and *William S. O'Connor* for the Marine Basin Co., respondents. ■